UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-07570-CAS-MARx | Date | September 12, 2024 |
|---|---|---|---|
| Title | FYS QOZB, LLC v. Aaron Young et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **(In Chambers:)** ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On April 10, 2024, plaintiff FYS QOZB, LLC filed this unlawful detainer action against defendants Aaron Young, Jeremiah James, and Does 1 to 10 in Los Angeles County Superior Court. Dkt. 1. Defendant Jeremiah James removed the case to this Court on September 5, 2024. Id. Defendant Jeremiah James asserts that this Court has jurisdiction on the basis of a federal question. Id. (citing 28 U.S.C. § 1331 and § 1441).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See Dkt. 1. Defendant Jeremiah James cannot create federal subject matter jurisdiction by stating in a conclusory manner that the action "depends on the determination of [d]efendant's rights and [p]laintiff's duties under federal law." Dkt. 1.

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-07570-CAS-MARx | Date | September 12, 2024 |
|---|---|---|---|
| Title | FYS QOZB, LLC v. Aaron Young et al. | | |

Accordingly, defendant is hereby ORDERED TO SHOW CAUSE, in writing, on or before **September 20, 2024**, why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |